JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Spine and Neurosurgery Institute,<br><br>                    Plaintiff,<br><br>v.<br><br>Sanmina Corporation and DOES 1-10,<br><br>                    Defendants. | Case No.: 2:23-cv-03562-RGK-MAA<br><br>**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[24] |

Based on the Stipulation of Defendant, Sanmina Corporation and Plaintiff, California Spine and Neurosurgery Institute,

It is **HEREBY ORDERED** as follows:

1.     The above-entitled action, Case No. 2:23-cv-03562-RGK-MAA, is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); and

2.     Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: 2/16/2024                    By: _____

                                             Hon. R. Gary Klausner

134213157v1